RYAN C. BAILEY, OSB #130788
Deputy City Attorney
ryan.bailey@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendants City of Portland,
Ted Wheeler, Jami Resch, and M. Hastings*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **DEMETRUS BATCHELOR**, | Case No. 3:21-CV-00206-YY |
| Plaintiff, | |
| v. | NOTICE OF SETTLEMENT |
| **CITY OF PORTLAND, a municipality of the State of Oregon; TED WHEELER, individually; JAMI RESCH, individually; M. HASTINGS, individually; JOHN DOE 1-20, individually,** | |
| Defendants. | |

Pursuant to ORS 17.095, the City of Portland notifies the Court that this action has been settled pursuant to the terms of a Release and Hold Harmless Agreement, a copy of which is attached hereto as Exhibit 1.

DATED: January 11, 2022.

Respectfully submitted,

*/s/ Ryan C. Bailey*
RYAN C. BAILEY, OSB #130788
Deputy City Attorney
ryan.bailey@portlandoregon.gov
*Of Attorneys for Defendants City of Portland,
Ted Wheeler, Jami Resch, and M. Hastings*

RELEASE AND HOLD HARMLESS AGREEMENT

I

FOR THE SOLE CONSIDERATION of the sum of nineteen thousand five hundred dollars ($19,500.00), the undersigned Demetrus Batchelor hereby releases and forever discharges Ted Wheeler, Jami Resch, M. Hastings, and the City of Portland, together with their respective agents, officers, employees, officials, and all other persons, firms, corporations or other entities liable or who might be claimed to be liable (hereafter, collectively, "the City of Portland") from any and all claims, including but not limited to claims for damages and/or injuries, arising from or in any way relating to the events alleged in the lawsuit pending in United States District Court, Demetrus Batchelor v. City of Portland, et al., Case Number 3:21-CV-00206-YY (the "Lawsuit").

II

IT IS UNDERSTOOD AND AGREED that the payment made to the undersigned under this agreement is not to be construed as an admission of liability.  The City of Portland expressly denies liability to the undersigned, or to any other person, for injuries or damages arising out of or in any way relating to the aforementioned incident(s) or the Lawsuit.

III

IT IS FURTHER UNDERSTOOD AND AGREED that this agreement releases the City of Portland from any and all claims arising out of the above-described causes of action, and claims against the proceeds of said action including, but not limited to, medical liens, hospital liens, Social Security Administration liens, Medicare liens, workers' compensation liens, liens of the State of Oregon Department of Human Services, and all other liens against the above-described causes of action at the time of execution hereof.

IV

THE UNDERSIGNED AGREES AND WARRANTS that he has confirmed that there is no Medicare or Medicaid interest in this settlement. In the event that there is any Medicare or Medicaid interest, Demetrus Batchelor agrees that satisfaction of such interest shall be his sole and exclusive responsibility. Demetrus Batchelor waives, releases, and forever discharges the City of Portland from any obligations for any claims, known or unknown, arising out of any failure to account for Medicare or Medicaid interests in this settlement, and agrees to defend and hold the City of Portland harmless from any such claims.

V

THE UNDERSIGNED AGREES AND WARRANTS that, with the exception of any reimbursement to plaintiff's personal injury protection insurer (PIP, plaintiff will assume responsibility for any and all outstanding liens, known or unknown, including but not limited to medical liens, which are related in any way to claims being released herein. Demetrus Batchelor will hold the City of Portland, its agents, employees and assigns harmless from any claim for any such expense whenever incurred and, if any suit is filed against the City of Portland to collect

Page 1 – RELEASE AND HOLD HARMLESS AGREEMENT

Exhibit 1
Page 1 of 3

such claim, Demetrus Batchelor will accept the tender of defense of any such claim, defend it at his own expense, pay any judgment entered therein and agree to compensate the City of Portland for any expense or liability incurred as a result of the filing of such suit.

VI

THE UNDERSIGNED HEREBY DECLARES that he has read this Release and Hold Harmless Agreement and that it is fully understood and voluntarily accepted for the purpose of making a full and complete settlement and compromise of any and all claims arising out of the Lawsuit, in whatever legal form or theory they might assert, whether disputed or otherwise, and in particular including, but not limited to, those matters set forth in the complaint of Demetrus Batchelor in the United States District Court, District of Oregon, Portland Division entitled:

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **DEMETRUS BATCHELOR**, | Case No. 3:21-CV-00206-YY |
| Plaintiff, | |
| v. | **COMPLAINT** |
| **CITY OF PORTLAND**, a municipality of the State of Oregon; **TED WHEELER**, individually; **JAMI RESCH**, individually; **M. HASTINGS**, individually; **JOHN DOE 1-20**, individually, | (42 U.S.C. § 1983; Assault and Battery; False Arrest; Conversion; Negligence) |
| | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

VII

IT IS EXPRESSLY UNDERSTOOD AND AGREED that this Release and Hold Harmless Agreement is intended to, and does, cover not only all known claims, losses and damages, but any further claims, losses and damages not now known or anticipated which may later develop or be discovered including all effects and consequences thereof.

VIII

THE TERMS SET FORTH HEREIN are contractual and not a mere recital.

Page 2 – RELEASE AND HOLD HARMLESS AGREEMENT

Exhibit 1
Page 2 of 3

IX

IT IS FURTHER UNDERSTOOD AND AGREED that this Release and Hold Harmless Agreement releases any and all claims for nondisclosure, fraud or misrepresentation and any and all claims for nondisclosure, fraud or misrepresentation in the inducement of this agreement.

X

THE UNDERSIGNED FURTHER STIPULATES AND AGREES that the above case may be dismissed with prejudice and without costs or attorney's fees to any party.

DATED this 10 day of November, 2021.

_____
Demetrus Batchelor

APPROVED AS TO FORM:

_____
Scott J. Aldworth, OSB #113123
Kell, Alterman & Runstein, L.L.P.
*Of Attorneys for Plaintiff*

Page 3 – RELEASE AND HOLD HARMLESS AGREEMENT

Exhibit 1
Page 3 of 3