RYAN C. BAILEY, OSB #130788
Deputy City Attorney
ryan.bailey@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendants City of Portland,
Ted Wheeler, Jami Resch, and M. Hastings*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **DEMETRUS BATCHELOR**, | Case No. 3:21-CV-00206-YY |
| Plaintiff, | |
| v. | **STIPULATED GENERAL JUDGMENT OF DISMISSAL** |
| **CITY OF PORTLAND, a municipality of the State of Oregon; TED WHEELER, individually; JAMI RESCH, individually; M. HASTINGS, individually; JOHN DOE 1-20, individually,** | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants hereby stipulate as follows:

1. For the reason that Plaintiff's Complaint has been fully compromised and released, Plaintiff hereby dismisses his Complaint in the above-captioned matter.

///

///

///

///

///

2.	The parties hereto agree that the dismissal stipulated herein is with prejudice, and that no costs or disbursements or attorneys' fees will be assessed against any party.

IT IS SO STIPULATED:

| | |
|---|---|
| */s/ Scott J. Aldworth* <br> Scott J. Aldworth, OSB #113123 <br> *Of Attorneys for Plaintiff* | */s/ Ryan C. Bailey* <br> Ryan C. Bailey, OSB #130788 <br> *Of Attorneys for Defendants* |
| Dated: January 5, 2022 | Dated: January 5, 2022 |

DATED: January 11, 2022.

Respectfully submitted,

*/s/ Ryan C. Bailey*
RYAN C. BAILEY, OSB #130788
Deputy City Attorney
ryan.bailey@portlandoregon.gov
*Of Attorneys for Defendants City of Portland, Ted Wheeler, Jami Resch, and M. Hastings*